HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
BRIAN P. WIKNER (244292) (bwikner@cooley.com)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
Facebook, Inc.

**FILED**

AUG 10 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

MITEL NETWORKS CORP.,
a Canadian corporation;

MITEL (DELAWARE), INC.,
a Delaware corporation,

    Defendants.

Case No. CV 12-04230

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

KAW

Plaintiff Facebook, Inc. ("Facebook") submits this Complaint for Patent Infringement against Defendants Mitel Networks Corporation and Mitel (Delaware), Inc. (collectively "Mitel") as set forth below:

## BACKGROUND

1. On March 16, 2012, Mitel filed a lawsuit against Facebook in the United States District Court for the District of Delaware alleging infringement of two Mitel patents. The case brought by Mitel is styled *Mitel Networks Corp. v. Facebook, Inc.*, Case No. 1:12-cv-00325-GMS ("the Delaware Action").

2. Facebook believes Mitel's lawsuit to be without merit and has filed a motion to dismiss with respect to Mitel's complaint. Facebook's motion to dismiss is currently pending before the Delaware Court.

3. Facebook further believes that Mitel's choice of venue in Delaware is inappropriate in light of the locations of the parties, likely witnesses, and documents relevant to Mitel's lawsuit. Mitel Networks is, on information and belief, a Canadian corporation and the parent company of a U.S.-based, wholly owned subsidiary with its principal place of business in the State of Arizona and an office located in Northern California. Facebook's principal place of business, and the likely location of its witnesses and documents relevant to the Delaware Action, is also in Northern California. For the convenience of the parties and witnesses, Facebook intends to move to transfer the Delaware Action to the Northern District of California.

4. Facebook accordingly brings this action in this District based on Mitel's infringement of U.S. Patent Nos. 7,454,709 ("the '709 patent") and 7,778,396 ("the '396 patent") (collectively the "Asserted Patents"), as described herein.

## THE PARTIES

5. Facebook is a Delaware corporation with its principal place of business located at 1601 Willow Road, Menlo Park, California, 94025.

6. On information and belief, Defendant Mitel Networks Corporation is a Canadian corporation with its principal place of business located at 350 Leggett Drive, Ottawa, Ontario Canada, K2K 2W7.

7. On information and belief, Defendant "Mitel (Delaware), Inc." has its principal place of business at 7300 W. Boston Street, Chandler, Arizona 85226 and is incorporated in Delaware. On information and belief, that company is a subsidiary of Mitel Networks Corporation and is responsible for Mitel's U.S. operations, including sales and marketing.

## JURISDICTION AND VENUE

8. This is an action for infringement of the Asserted Patents. This action arises under the patent laws of the United States, including 35 U.S.C. § 101, *et seq*. This Court has original jurisdiction over the subject matter of this action under 28 U.S.C. § 1338.

9. This Court has personal jurisdiction over Mitel because it regularly conducts business, including selling products, in the State of California and has had continuous and systematic contacts with the State of California, including maintaining an office in this District

located at 6475 Christie Ave., Suite 325, Emeryville, California 94608.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and § 1400(b) because Mitel has committed acts of infringement and maintains a regular and established place of business in this District at 6475 Christie Ave., Suite 325, Emeryville, California 94608.

**INTRADISTRICT ASSIGNMENT**

11. This case is an Intellectual Property Action subject to district-wide assignment under Civil Local Rule 3-2(c).

**THE PATENTS**

12. The '709 patent, entitled "User Definable On-Line Co-User Lists," issued on November 18, 2008, naming Barry Appelman as the inventor. Facebook is the owner of all right, title, and interest in the '709 patent. A true and correct copy of the '709 patent is attached hereto as **Exhibit A** and is incorporated herein.

13. The '396 patent, entitled "Telephone Status Notification System," issued on August 17, 2010, naming Joseph Vardi, Arie Vardi, Joseph Vigiser, and Yair Goldfinger, as inventors. Facebook is the owner of all right, title, and interest in the '396 patent. A true and correct copy of the '396 patent is attached hereto as **Exhibit B** and is incorporated herein.

**COUNT I**

**INFRINGEMENT OF THE '709 PATENT**

14. Facebook incorporates by reference the allegations of paragraphs 1-13 above as though fully set forth herein.

15. Mitel has infringed and continues to infringe one or more claims of the '709 patent under 35 U.S.C. § 271(a) by making, using, offering for sale and/or selling within the United States, or importing into the United States, network-based messaging and presence software and hardware, including, but not limited to, the Mitel Unified Communicator Advanced product, without authorization by Facebook.

16. Mitel's infringement of the '709 patent has caused and will continue to cause damage to Facebook for which Facebook is entitled to recovery under 35 U.S.C. § 284.

Facebook has been irreparably harmed by Mitel's infringement, for which there is no adequate remedy at law, and such harm will continue unless Mitel is enjoined by this Court.

## COUNT II

## INFRINGEMENT OF THE '396 PATENT

17. Facebook incorporates by reference the allegations of paragraphs 1-13 above as though fully set forth herein.

18. Mitel has infringed and continues to infringe one or more claims of the '396 patent under 35 U.S.C. § 271(a) by making, using, offering for sale and/or selling within the United States, or importing into the United States, communications and presence software and hardware, including, but not limited to, the Mitel Unified Communicator Advanced product, Mitel 5000 Communications Platform, and Mitel Communications Director, without authorization by Facebook.

19. Mitel's infringement of the '396 patent has caused and will continue to cause damage to Facebook for which Facebook is entitled to recovery under 35 U.S.C. § 284. Facebook has been irreparably harmed by Mitel's infringement, for which there is no adequate remedy at law, and such harm will continue unless Mitel is enjoined by this Court.

## PRAYER FOR RELIEF

Wherefore, Facebook respectfully requests the following relief:

A. A judgment that Mitel has infringed the '709 and '396 patents;

B. An award of damages in favor of Facebook in an amount sufficient to compensate it for Mitel's infringement, including pre- and post-judgment interest;

C. An order enjoining Mitel and its officers, directors, agents, employees, successors, and assigns, and all persons acting under, through, or for Mitel, from further infringement of the '709 and '396 patents;

D. A declaration that this case is exceptional under 35 U.S.C. § 285 and awarding Facebook its attorneys' fees and costs in connection with this case; and

E. An award to Facebook of such other and further relief as this Court deems just and proper.

Dated: August 10, 2012

Respectfully submitted,

_____
Brian P. Wikner
Heidi L. Keefe
Mark Weinstein
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Attorneys for Plaintiff
Facebook, Inc.

## JURY DEMAND

Facebook, Inc. demands a trial by jury as to any and all matters to which it is so entitled.

Dated: August 10, 2012

Respectfully submitted,

*[signature]*

Brian P. Wikner
Heidi L. Keefe
Mark Weinstein
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Attorneys for Plaintiff
Facebook, Inc.