JEFFREY E. FAUCETTE (No. 193066)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone:  (415) 315-1669
Facsimile:  (415) 433-5994
E-mail:      jeff@skaggsfaucette.com

MARK M. BETTILYON (*pro hac vice* application to be submitted)
SAMUEL C. STRAIGHT (*pro hac vice* application to be submitted)
MICHAEL K. ERICKSON (No. 242,934)
S. BRANDON OWEN (*pro hac vice* application to be submitted)
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
E-mail:      mbettilyon@rqn.com
E-mail:      sstraight@rqn.com
E-mail:      merickson@rqn.com
E-mail:      bowen@rqn.com

Attorneys for Defendants
MITEL NETWORKS CORPORATION and
MITEL (DELAWARE), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No.: 4:12-CV-04230-PJH |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER FOR DEFENDANTS MITEL NETWORKS CORP. AND MITEL (DELAWARE), INC.** |
| MITEL NETWORKS CORP. and MITEL (DELAWARE), INC., | |
| Defendants. | |

SKAGGS
FAUCETTE LLP

TO THE COURT, EACH PARTY AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 11-5, Defendants Mitel

Networks Corp. and Mitel (Delaware), Inc. hereby make the following substitution of counsel of

record for all purposes in connection with the above-captioned action:

Former Counsel:

Tamara Fraizer
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Linda Liu Kordziel
Timothy W. Riffe
Brian J. Livedalen
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington DC 20005

New Counsel:

Jeffrey E. Faucette (No. 193066)
Skaggs Faucette LLP
One Embarcadero Center, Suite 500
San Francisco, CA 94111

Michael K. Erickson (No. 242934)
Ray Quinney & Nebeker
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Additional counsel from Ray Quinney & Nebeker will be filing applications for admission

to this Court *pro hac vice* and will enter appearances on behalf of Defendants upon their

admission.

Dated: February 15, 2013                 Respectfully submitted,

                                         SKAGGS FAUCETTE LLP


                                         By: _____/s/_____
                                                  Jeffrey E. Faucette
                                         Attorneys for Defendants MITEL NETWORKS
                                         CORPORATION and MITEL (DELAWARE), INC.



SUBSTITUTION OF COUNSEL FOR DEFENDANTS:                    CASE NO. 4:12-CV-04230-PJH

1

2          I consent to this substitution.

3

4    Dated: February 15, 2013          FISH & RICHARDSON P.C.

5

6                                      By:  _____/s/_____
                                                    Tamara Fraizer
7

8          Mitel Networks Corporation and Mitel (Delaware), Inc. hereby consent to this substitution.

9

10   Dated: February __, 2013          MITEL NETWORKS CORPORATION

11

12                                     By:  _____

13

14                                     Its:_____

15

16   Dated: February __, 2013          MITEL (DELAWARE), INC.

17

18                                     By:  _____

19

20                                     Its:_____

21

22

23

24

25

26

27

28



I consent to this substitution.

Dated: February ___, 2013                    FISH & RICHARDSON P.C.

                                             By: _____
                                                         /s/
                                                    Tamara Fraizer

    Mitel Networks Corporation and Mitel (Delaware), Inc. hereby consent to this substitution.

Dated: February 14, 2013                     MITEL NETWORKS CORPORATION

                                             By: _____
                                                    Michelle Whitington

                                             Its: _____
                                                    Corporate IP Counsel

Dated: February 14, 2013                     MITEL (DELAWARE), INC.

                                             By: _____
                                                    Michelle Whitington

                                             Its: _____
                                                    Corporate IP Counsel
                                                    Assistant Secretary



SUBSTITUTION OF COUNSEL FOR DEFENDANTS:                    CASE NO. 4:12-CV-04230-PJH

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _____February 21_____, 2013

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pursuant to General Order 45, I attest that I have obtained the concurrence of Tamara Fraizer in the filing of this document.

Dated: February 15, 2013                    SKAGGS FAUCETTE LLP


By:    _____/s/_____
                       Jeffrey E. Faucette
Attorneys for Defendants MITEL NETWORKS
CORPORATION and MITEL (DELAWARE), INC.

SKAGGS
FAUCETTE LLP