COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
MARK R. WEINSTEIN (193043) (mweinstein@cooley.com)
BRIAN P. WIKNER (244292) (bwikner@cooley.com)
ANDREW C. MACE (284484) (amace@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>MITEL NETWORKS, CORP.,<br>MITEL (DELAWARE), INC.,<br><br>          Defendants. | Case No. C-12-04230-PJH<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS MITEL NETWORKS, CORP. AND MITEL (DELAWARE), INC. WITH PREJUDICE AND ORDER** |

**WHEREAS,** plaintiff Facebook, Inc. ("Facebook") and Defendants Mitel Networks and Mitel (Delaware), Inc. (collectively "Mitel") have settled their disputes against each other in the above-captioned matter and in *Mitel Networks Corp. v. Facebook, Inc.*, Case No. 13-cv-02073-EMC (N.D. Cal.);.

**NOW, THEREFORE,** Facebook and Mitel, through their counsel, hereby stipulate and respectfully request that the Court order as follows:

    (1)    Facebook's claims for relief against Mitel in the above-captioned action are hereby dismissed with prejudice;

    (2)    Each party shall bear its own attorneys' fees, costs and expenses.

    (3)    This Court shall retain jurisdiction to enforce the terms of the settlement and

license agreement between Facebook and Mitel with an agreement date of July 3, 2013.

**IT IS HEREBY STIPULATED:**

Dated: July 10, 2013                                    COOLEY LLP

*/s/ Heidi L. Keefe*
Heidi L. Keefe
Attorneys for Plaintiff
FACEBOOK, INC.

Dated: July 10, 2013                                    SKAGGS FAUCETTE LLP

*/s/ Jeffrey E. Faucette*
Jeffrey E. Faucette
Attorneys for Defendants
MITEL NETWORKS, CORP. and MITEL (DELAWARE), Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July  11 , 2013

_____
Hon. Phyllis J. Hamilton
United States District Judge

**ATTESTATION**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the signatories.

Dated: July 10, 2013                                    /s/ Heidi L. Keefe
                                                        Heidi L. Keefe